PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

United States Courts
Southern District of Texas
FILED

MAR - 6 2017

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE **Southren** DISTRICT OF TEXAS
**Galveston** DIVISION

**Dennis Mayfield #1788680**
Plaintiff's Name and ID Number

**C.T. Terrell Unit**
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

**UTMB . Providers, J.F. Gurney Unit**
Defendant's Name and Address
**P.O. Box 6400 Tennessee Colony, Tx. 75861**

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: __N/A__
      2. Parties to previous lawsuit:
         Plaintiff(s) __N/A__
         Defendant(s) __N/A__
      3. Court: (If federal, name the district; if state, name the county.) __N/A__
      4. Cause number: __N/A__
      5. Name of judge to whom case was assigned: __N/A__
      6. Disposition: (Was the case dismissed, appealed, still pending?) __N/A__
      7. Approximate date of disposition: __N/A__

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: C.T. Terrell Unit. 1300 FM 655, Rosharon, Tx. 77583

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES   ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

Don't Remember when I filed, But they were file between 2008-2009.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: UTMB, Provider. J.F Gurney Unit, P.O. Box 6400 Tennessee Colony, Tx. 75861

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: I don't Know the providers Name or Anything but this is where the incident Occurred, (Please Admit the Attachment)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

UTMB. Providers, At the J.F. Gurney Unit, P.O. Box 6400 Tennessee Colony, Tx. 75861

Defendant #2: ___

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: ___

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: ___

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: ___

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

V. **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal argument or cite any cases of statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On or About the year of 2008, the month of July, I was having Real Bad Hip pain on the left side. I was at the J.F. Gurney Unit, PO Box 6400 Tennessee, Colony, Tx. 75861, and I was working in the laundry Dept. and I've never had any pain like this befor so, I put in a Srck call to see the Doctor about My hip pain. On or about the month of Aug, 2008, I was laid in for (DMS) medical. I went in and seen the doctor on the Teloprop Screen. He told me to walk towards the door, he then said he noticed a limp on the left — "Continue To Attachment on Back." OF #4

VI. **RELIEF:** State briefly exactly what you want the court to do for you. Make no legal arguments. Cite not cases or statutes.

"Will Explain"

VII. **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Dennis Mayfield #1788680

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

(#730525), (#1481585)

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES  X  NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)
   1. Court that imposed sanctions (If federal, give district and division): N/A
   2. Case Number: N/A
   3. Approximate date sanctions were imposed: N/A
   4. Have the sanctions been lifted or otherwise satisfied? ____ YES  X  NO

# "Attachment"

side, and requested that the provider, that was present do a full evaluation of me for him, and he would get back with me. the provider agreed, and asked me to get down to my boxers and lay on the medical bed, so, I did, then he asked me to raise up my right leg in the air, while my body was lying flat on the bed, I did my right leg, and then he said do the left leg the same way, but I could not do it, it hurt, hurt so bad it brought tears to my eyes. and, I told the provider it hurt for me to stand on it or put pressure on it. He told me that I was going to lose my left leg if I, did not use it, and he told me to build it up, exercise it, to build it up. I told him, something was wrong with it, it hurts to bad, he said your not using it. Build it up, do leg lifts, leg squats, one leg Squats to build it up, leg lifts. I asked for a Cain or Cruchues, he said no build it up. No meds, nothing. So, I took his advise, without any (X-Rays) being taken. I was Climing up and down off the top bunk, started doing leg lifts, leg Squats, leg curls, this went on until. On or about March 2009. I, was moved to Diboll Unit, 1604 S. First St. Diboll, Tx. 75941. and the pain was still there, I wanted a cain, pain pills, bottom bunk, Help! So, I put in sick calls there and was told, I've been seen already for this problem. On or about April 2009, I was laid in for a sick call and it was a weekend so, I talk with a Nurse and she told me, you've been seen for this problem

but, I pleaded with her and, asked if she would look at the length of my legs. She told me to get on the medical bed, and I put my two legs together and the left one was shorter, and I said Nurse, is this not a problem. She went to get a measuring tape, and measured my legs, the left leg was (2 in) shorter than the right. So, she went looked into the computer file and asked me had I ever had X-Ray taken befor the Doctor (Provider) told me to exercise. I said No Mam! after that they laid me in to do blood work, it came back with (Bone Fragments) in my blood work. then, I was given a cain, bottom bunk pass, pain meds, and appointment at UTMB Galveston. I went in June of 2009 and was informed after (X-Ray's) that my (Fema) had Deteriorated on the left side. I, was going to have to have a Total Hip Replacement on the left side to stop the pain. On or about June 26th 2009, I went in on thursday and I had the Hip replacement monday morning.

Dennis Mayfield #1788680
C.T. Terrell 1300 FM 655
Rosharon, Tx. 77583

Feb. 24th 2017

   C. Has any court ever warned or notified you that sanctions could be imposed? ___ YES ✓ NO

   D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

      1. Court that issued warning (if federal, give the district and division): __N/A__
      2. Case number: __N/A__
      3. Approximate date warning was issued: __N/A__

Executed on: __2-24-17__
              DATE

_Dennis Mayfield_
_(Signature of Plaintiff)_

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __24th__ day of __Febuary__, 20__17__.
          (Day)              (month)           (year)

_Dennis Mayfield_
_(Signature of Plaintiff)_

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**